**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: August 24, 2010**

_____

BK1006398
RAH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-58016 |
| David Daniel Shaw<br>April Robin Shaw | Chapter 7 |
| | Judge Preston |
| Debtors | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #13) FOR PROPERTY LOCATED AT (223 WEST SHERIDAN AVENUE SOMERSET , OH 43783)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on July 7, 2010 as document number 13. Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 223 West Sheridan Avenue, Somerset, OH 43783.

**IT IS THEREFORE ORDERED:**

1.	The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is, **terminated with regard to the interest in the real property held by Movant, its successors and assigns, in order to permit Creditor, its successors and assigns to exercise its State law remedies.**

**SO ORDERED**

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
Bar Registration No.0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

###